**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 18-62769-SMS |
| SEDRICK DARRYL WARD ) | CHAPTER 13 |
| DEBTOR ) | |
| ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 3658 SALEM HILLS COURT, LITHONIA, GA 30038 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******2603**

NOW COMES SunTrust Bank, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Mallory Velten
Brock and Scott, PLLC
Attorneys at Law
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
gabkr@brockandscott.com

SunTrust Bank
1001 Semmes Avenue
Richmond, Virginia 23222

Please take notice that the undersigned hereby appears as counsel for SunTrust Bank pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with

13-14319 BKMFR01



respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

RESPECTFULLY SUBMITTED,

/s/ *Mallory Velten*
Mallory Velten
Attorney at Law (726971)
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
404-789-2661
404-294-0919
gabkr@brockandscott.com

13-14319 BKMFR01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on December 6, 2018 to the following:

Sedrick Darryl Ward, Debtor
3658 Salem Hills Ct
Lithonia, GA 30038

Emily Camille Allen, Debtor's Attorney
The Semrad Law Firm
303 Perimeter Center North, #201
Atlanta, GA 30346

Willie Bruce Smith, Debtor's Attorney
303 Perimeter Center North
Suite 201
Atlanta, GA 30346
wsmith@semradlaw.com

Mary Ida Townson, Bankruptcy Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

/s/ *Mallory Velten*
Mallory Velten
Attorney at Law (726971)
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
404-789-2661
404-294-0919
gabkr@brockandscott.com

13-14319 BKMFR01